HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LISA MARIE BROOKS,** | Case No. 6:20-cv-01392-AC |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER,** | ORDER - EQUAL ACCESS |
| **SOCIAL SECURITY ADMINISTRATION** | TO JUSTICE ACT AWARD |
| | OF FEES |
| Defendant. | |

Attorney fees in the amount of $6,667.09 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703.  In accordance with the fee

ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES           — Page 1

assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt

subject to offset exists.

DATED this 14th day of December, 2021.

_____
United States Magistrate Judge

Submitted on December 13, 2021
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff

ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES          — Page 2